

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2022

No. 04-22-00283-CR

**EX PARTE** Amanda Marie **MONTOYA**

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR11671
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

On December 7, 2021, Appellant filed her notice of appeal in the trial court, but the notice was not forwarded to this court until May 12, 2022. *See* TEX. R. APP. P. 25.2(c)(1), (e).

On May 18, 2022, the State moved this court to dismiss this appeal for want of prosecution. The State noted the five-month delay in this court receiving the notice of appeal, and it argued that Appellant had done nothing to advance the case or prosecute the appeal.

Since then, the clerk's and reporter's records have been filed, and Appellant's brief is due on June 29, 2022.

The State's motion to dismiss this appeal for want of prosecution is denied.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court